[No. 17240-9-I.   Division One.   April 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
LEONARD C. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 85-1-00324-4, David A. Nichols, J., entered October 11, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17190-9-I.   Division One.   April 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
JAMES J. BLACKETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00798-7, John F. Wilson, J., entered October 7, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 16513-5-I.   Division One.   April 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
LONI MARIE CASPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-02946-5, Gerard M. Shellan, J., entered April 23, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17320-1-I.   Division One.   April 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
EVERETT SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-00879-7, George T. Mattson, J., entered September 23, 1985. *Dismissed* by unpublished per curiam opinion.